No. 03–6258.   SHIVER *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 03–6263.   JIMMERSON *v.* HAMLET, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 03–6264.   KNECHT *v.* WEBER, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 03–6265.   JONES *v.* HEARN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 03–6269.   MORRIS *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 03–6274.   RODRIGUEZ *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–6276.   WADE *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.   C. A. 3d Cir.   Certiorari denied.

No. 03–6277.   ANDERSON *v.* CAREY, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 03–6280.   VARGAS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 03–6289.   BARTH *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 03–6291.   DUKE *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 03–6301.   THOMAS *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 03–6305.   PENDLETON *v.* NASHVILLE METROPOLITAN POLICE DEPARTMENT.   Ct. App. Tenn.   Certiorari denied.

No. 03–6332.   WILTON *v.* CAIN, WARDEN.   C. A. 5th Cir.   Certiorari denied.